UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LUIS GUILLERMO HENAO, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| vs. | ) Case No. 4:14-cv-01229-WMA-HGD |
| | ) |
| SCOTT HASSELL, et al., | ) |
| | ) |
| Respondents | ) |

**<u>DISMISSAL ORDER</u>**

On July 1, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. It is, therefore, ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITHOUT PREJUDICE as premature with respect to petitioner's claim that his continued detention pending deportation violates *Zadvydas v. Davis*, 533 U.S. 678, 121 S.Ct. 2491, 150 L.Ed.2d 653 (2001). It is further

ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DENIED to the extent petitioner seeks an order requiring an immediate bail or bond hearing.

DONE this 24th day of July, 2014.

```
                                    _____
                                    WILLIAM M. ACKER, JR.
                                    UNITED STATES DISTRICT JUDGE
```